1

2

3

4

BENEDICT O'MAHONEY (State Bar No. 152447)
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Email: bomahoney@terralaw.com

5

6

7

8

9

10

11

12

JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
CORBY R. VOWELL *(Pro Hac Vice To Be Filed)*
TODD I. BLUMENFELD *(Pro Hac Vice To Be Filed)*
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com
**Counsel for Plaintiff**
**SOFTVAULT SYSTEMS, INC.**

13

14

15

16

17

18

STEVEN B. SAMUELS
STEVEN J. ROCCI
**BAKERHOSTETLER**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: (215) 568-3100
Email: SSamuels@bakerlaw.com
Email: SRocci@bakerlaw.com

19

20

**Counsel for Defendant**
**ELSTER SOLUTIONS, LLC**

21

22

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

23

24

25

26

27

| SOFTVAULT SYSTEMS, INC. | CASE NO.  5:15-cv-01014-LHK |
|---|---|
| Plaintiff, | **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| ELSTER SOLUTIONS, LLC, Defendant. | |

28

1

Plaintiff SoftVault Systems, Inc. ("SoftVault") and Defendant Elster Solutions, LLC ("Elster") have agreed to settle, adjust and compromise all claims in the above-captioned action. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the terms of a separate agreement, Softvault hereby dismisses the above-entitled cause, and all claims against Elster made therein, with prejudice to the re-filing of same.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated: June 24, 2015

*/s/ Benedict O'Mahoney*
Benedict O'Mahoney
(Bar No. 152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Email: bomahoney@terralaw.com

Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.

Of Counsel:

Jonathan T. Suder
Corby R. Vowell
Todd Blumenfeld
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

The Clerk shall close the file.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
*Lucy H. Koh*
Judge Lucy H. Koh
NORTHERN DISTRICT OF CALIFORNIA

4813-6109-5461

2